UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENISE LAVENDER JONES,

      Plaintiff,

v.

      Case No. 11-CV-11191

      HON. GEORGE CARAM STEEH

STATE OF MICHIGAN and MICHIGAN
DEPARTMENT OF CORRECTIONS,

      Defendants.
_____/

ORDER EXTENDING DEADLINE FOR RESPONDING
TO ORDER TO SHOW CAUSE

Plaintiff Denise Lavender Jones, appearing pro se, filed this suit against the State of Michigan and Michigan Department of Corrections alleging retaliation for protected activities. While her complaint is vague, she references Title VII of the Civil Rights Act of 1964 and an investigation by the EEOC. On September 6, 2011, defendants filed a motion to dismiss arguing: 1) plaintiff's Title VII claim should be dismissed as she failed to allege and demonstrate that she exhausted her administrative remedies; and 2) any other claims asserted by plaintiff should be dismissed for failure to plead in avoidance of the State's Eleventh Amendment immunity. After plaintiff failed to file a response by the deadline, the court issued an order to show cause as to why defendants' motion should not be granted. Plaintiff responded to the order to show cause asking for an additional thirty days to respond, to allow her time to have an attorney review the matter. Therefore,

IT IS HEREBY ORDERED that plaintiff show cause in writing by November 28, 2011 as to why defendants' motion to dismiss should not be granted and this case should not be

dismissed.  No additional extensions will be granted.

Dated:  October 24, 2011

                                              s/George Caram Steeh
                                              GEORGE CARAM STEEH
                                              UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record and Denise Lavender Jones, 231 West Troy #2045, Ferndale, MI 48220 on October 24, 2011, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk