UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENISE LAVENDER JONES,

        Plaintiff,

v.

        Case No. 11-CV-11191

        HON. GEORGE CARAM STEEH

STATE OF MICHIGAN and MICHIGAN
DEPARTMENT OF CORRECTIONS,

        Defendants.
_____/

## ORDER DISMISSING CASE

Plaintiff Denise Lavender Jones, appearing pro se, filed this suit against the State of Michigan and Michigan Department of Corrections alleging retaliation for protected activities. While her complaint is vague, she references Title VII of the Civil Rights Act of 1964 and an investigation by the EEOC. On December 6, 2011, the court ordered that plaintiff's Title VII claim would be dismissed if plaintiff failed to provide a dated right to sue letter by December 20, 2011. In the same order, the court dismissed any other claims asserted by plaintiff for failure to plead in avoidance of the State's Eleventh Amendment immunity. Plaintiff has now failed to submit the dated right to sue letter by the court's deadline. Therefore,

IT IS HEREBY ORDERED that plaintiff's Title VII claim is DISMISSED.

Dated: January 3, 2012

                                          s/George Caram Steeh
                                          GEORGE CARAM STEEH
                                          UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record and Denise Lavender Jones, 231 West Troy #2045, Ferndale, MI 48220 on January 3, 2012, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk