UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENISE LAVENDER JONES,

        Plaintiff,

v.

        Case No. 11-CV-11191

        HON. GEORGE CARAM STEEH

STATE OF MICHIGAN and MICHIGAN
DEPARTMENT OF CORRECTIONS,

        Defendants.
_____/

## JUDGMENT

The above entitled matter has come before the court on defendants' motion to dismiss, and in accordance with the court's order dismissing plaintiff's remaining claim entered this date,

IT IS ORDERED AND ADJUDGED that judgment hereby is GRANTED in favor of defendants.

        DAVID J. WEAVER
        CLERK OF THE COURT
        BY: s/Josephine Chaffee
            DEPUTY COURT CLERK

Dated: January 3, 2012

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record and Denise Lavender Jones, 231 West Troy #2045, Ferndale, MI 48220 on January 3, 2012, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk